# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**LLOYD GOODNOW,**

    *Plaintiff,*

v.                                            Case No.: 1:20cv267-MW/GRJ

**THIRD CONGRESSIONAL**
**DISTRICT OF FLORIDA,**

    *Defendant.*

_____/

## ORDER REJECTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 10, and has also reviewed *de novo* Plaintiff's objections to the Report and Recommendation, ECF No. 11. While Plaintiff has failed to comply with the Magistrate Judge's orders regarding service of process, ECF Nos. 8 & 9, Plaintiff is a *pro se* litigant who has made some effort to effectuate service on Defendant. However, Plaintiff's efforts at this juncture are insufficient. Plaintiff has one more opportunity to properly serve Defendant with process and must do so in accordance with Federal Rule of Civil Procedure 4(i) or risk dismissal pursuant to Rule 4(m). Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 10, is **rejected.** Plaintiff shall have until April 22, 2021 to properly serve Defendant pursuant to Federal Rule of Civil Procedure. 4(i) *and* file proof of service with this Court. If Plaintiff fails to do both of these things by April 22, 2021, this case shall be dismissed without prejudice pursuant to Rule 4(m). This case is remanded to the Magistrate Judge for further consideration.

**SO ORDERED on March 23, 2021.**

s/Mark E. Walker<br>
**Chief United States District Judge**