IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LLOYD GOODNOW,

    *Plaintiff*,

v.        Case No.: 1:20cv267-MW/GRJ

THIRD CONGRESSIONAL
DISTRICT OF FLORIDA,

    *Defendant*.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 19, and has also reviewed *de novo* Plaintiff's objections, ECF No. 20, and amended objections, ECF No. 21. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 19, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. This case shall be **TRANSFERRED** to the United States Court of Federal Claims. The Clerk shall take all step necessary to effect the transfer and close the file.

**SO ORDERED on July 13, 2021.**

                                s/Mark E. Walker        
                                **Chief United States District Judge**